1

2           IN THE UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   THE BOWDEN GROUP,                 No. C 11-06600 EJD

6         Plaintiff,           **ORDER TO SHOW CAUSE RE:**
**SETTLEMENT**

7    v.

8   STORAGE CONTROL SYSTEMS, INC.,

9         Defendant.
                           /

10

11       The parties, having filed a Notice of Settlement on **April 20, 2012** (See Docket Item No.12),

12 are ordered to appear before the Honorable Edward J. Davila on **May 11, 2012 at 9:00 AM** in

13 Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose,

14 California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of

15 Civil Procedure 41(b).  On or before **May 4, 2012**, the parties shall file a joint statement in response

16 to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of

17 additional time necessary to finalize and file a dismissal.

18       The Order to Show Cause shall be automatically vacated and the parties relieved of the

19 obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

20 Procedure 41(a) is filed on or before **May 4, 2012.**

21       All other pretrial deadlines and hearing dates are vacated.

22       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23 the action.

24 **IT IS SO ORDERED.**

25

Dated:  April 23, 2012

26 
                        EDWARD J. DAVILA
                        UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California