VENABLE LLP
Douglas C. Emhoff (SBN 151049)
Tamany Vinson Bentz (SBN 258600)
Email:   dcemhoff@venable.com
         tjbentz@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for  Plaintiff The Bowden Group

*IT IS SO ORDERED*
*Judge Edward J. Davila*
5/4/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE

| | |
|---|---|
| THE BOWDEN GROUP<br><br>           Plaintiff,<br><br>      v.<br><br>STORAGE CONTROL SYSTEMS, INC.<br><br>           Defendant. | CASE NO. 11-CV-06600-EJD<br><br>Hon. Edward J. Davila<br>Courtroom<br><br>**NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that Plaintiff The Bowden Group dismisses the above captioned action with prejudice pursuant to the parties Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A). The Clerk shall close this file.

Dated: May 3, 2012

                      VENABLE LLP

                           /s/*Tamany Vinson Bentz*
                    Tamany Vinson Bentz
                    VENABLE LLP
                    2049 Century Park East
                    Suite 2100
                    Los Angeles, CA 90067
                    Telephone: (310) 229-9905
                    tjbentz@venable.com


                    ATTORNEYS FOR PLAINTIFF THE BOWDEN GROUP

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, California.

On **May 3, 2012**, I served a copy ☑ / original ☐ of the foregoing document(s) described as NOTICE OF DISMISSAL on the interested parties in this action addressed as follows

James C. Schaefer
Storage Control Systems, Inc.
100 Applewood Drive
Sparta, MI 49345

☑     By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

    ☑    **BY MAIL (FRCP 5(b)(1)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

    ☐    **BY PERSONAL SERVICE (FRCP 5(b)(1)(B)(i))**: I caused to be delivered such envelope(s) by hand to the addressee(s) as stated above.

    ☐    **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F))**: I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

    ☐    **BY FACSIMILE (FRCP 5(b)(1)(E))**: Pursuant to FRCP 5(b)(1)(E), on **[DATE]**, at approximately **[TIME]** I served the above stated document by facsimile from the facsimile machine of Venable, LLP whose phone number is (310) 229-9901 to the addressee(s) at the facsimile numbers as stated above. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 3, 2012**, at Los Angeles, California.

_____
Robert Naturman